

PHONE (312) 603-4521
## SHERIFF'S OFFICE OF COOK COUNTY, ILLINOIS
RICHARD J. DALEY CENTER, CHICAGO, IL 60602
### THOMAS J. DART
SHERIFF

Date

Name
Address
City, State    Zip Code

Dear:

The Cook County Sheriff's Office utilizes a comprehensive, multi-step process to determine an applicant's eligibility for employment as a Correctional Officer. Each aspect of this process is designed to determine whether applicants are well-suited to work as Correctional Officers within the Cook County Department of Corrections. After a thorough review of all process documentation, your application was not selected for further consideration.

The Cook County Sheriff's Office appreciates your interest in the position of Correctional Officer, as well as the time you invested in this process and wishes you the best of luck in your future endeavors.

Sincerely,

*Rosemarie Nolan*

Rosemarie Nolan
Director of Personnel

EXHIBIT
26